```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 07240
   LAYAN C PRUDE
   BRIDGETTE D PRUDE                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK

              Debtor
    SSN XXX-XX-7333      SSN XXX-XX-8537


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/26/04 and confirmed on 05/25/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  54125.65 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED | 250.00 | 15.88 | 250.00 |
| HSBC | SECURED | .00 | .00 | .00 |
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 7248.34 | .00 | 7248.34 |
| GMAC PAYMENT CENTER | UNSECURED | 5751.32 | .00 | 1150.26 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 20650.00 | 4989.37 | 20650.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 356.39 | .00 | 356.39 |
| AMERICASH LOANS | UNSECURED | 1186.75 | .00 | 237.35 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1024.71 | .00 | 204.94 |
| CITI CARD | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE CLIENT SRV | UNSECURED | NOT FILED | .00 | .00 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | 3680.13 | .00 | 736.03 |
| INTERNAL REVENUE SERVICE | UNSECURED | 2529.06 | .00 | 505.81 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2753.79 | .00 | 550.76 |
| LOYOLA UNIVERSITY HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIV PHYSICIANS F | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| PENTAGROUP FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1273.20 | .00 | 254.64 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| RECEIVABLE MANAGEMENT SO | UNSECURED | NOT FILED | .00 | .00 |
| RUTH P WALT THOMPSON | UNSECURED | NOT FILED | .00 | .00 |
| THE CASH STORE LTD | UNSECURED | 2148.83 | .00 | 429.77 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 20639.34 | .00 | 4127.87 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1958.12 | .00 | 391.62 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 935.75 | .00 | 187.15 |

```
ECAST SETTLEMENT CORPORA  UNSECURED        2047.28              .00         409.46
ECAST SETTLEMENT CORPORA  UNSECURED        1887.87              .00         377.57
ROUNDUP FUNDING LLC       UNSECURED        2579.33              .00         515.87
ILLINOIS DEPT REVENUE     UNSECURED          51.75              .00          10.35
INTERNAL REVENUE SERVICE  PRIORITY        5756.43              .00        5756.43
         Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  28148.34     6112.82     50447.23          .00      84708.39
PRINCIPAL PAID      28148.34     6112.82     10089.45          .00      44350.61
INTEREST PAID        5005.25          .00          .00          .00       5005.25
TOTAL PAID          33153.59     6112.82     10089.45          .00      49355.86
```

The Debtor's attorney, LEGAL HELPERS PC          , was allowed $   2700.00
and was paid $    900.00   direct and $   1800.00  through the plan.

The Trustee received $   2307.80 .

Refunds to the Debtor totaled $    661.99 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 03/07/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 07240 LAYAN C PRUDE & BRIDGETTE D PRUDE